RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-353-0300 (v)
202-307-0054 (f)
Rickey.watson@usdoj.gov

*Of Counsel:*
BART M. DAVIS
United States Attorney

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Defendant, | **UNITED STATES' COMPLAINT TO REDUCE FEDERAL INCOME TAX ASSESSMENTS TO JUDGMENT AND TO FORECLOSE FEDERAL TAX LIENS** |
| v. | |
| CARRIE BEZATES; DANIEL POSEY; KIMBERLY HOMOLKA; BEZATES LAND & CATTLE COMPANY; GEORGE BEZATES; JOHN BEZATES; and TREASURER, VALLEY COUNTY, IDAHO, | |
| Defendants. | |

**NATURE OF ACTION**

The United States of America, pursuant to 26 U.S.C. ("IRC") §§ 7401, 7402, and 7403, at

the direction of the Attorney General of the United States, or his delegate, and at the request of

the Secretary of the Treasury, or his delegate, files this Complaint seeking to reduce to judgment

federal income and employment tax assessments against Carrie Bezates and Daniel Posey.

Pursuant to IRC § 7403, the United States seeks to enforce its tax liens arising from those assessments (IRC § 6321) against an interest in real properly located in Valley County, Idaho, held by Carrie Bezates.

## JURISDICTION AND VENUE

1.      This Court has jurisdiction pursuant to 26 U.S.C. §§ 7402, and 7403, and 28 U.S.C. §§ 1340 and 1345.

2.      Venue of this action properly lies in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the property that is the subject of the action is situated in Idaho.

## IDENTIFICATION OF THE DEFENDANTS

3.      Defendant Carrie Bezates resides in Auburn, Washington, but is subject to the jurisdiction of this Court through her ownership of an interest in the real property at issue in this case.

4.      Defendant Daniel Posey is the spouse of Carrie Bezates.  He resides in Auburn, Washington, but is subject to the jurisdiction of this Court under the facts of this case.

5.      Defendant Kimberly Homolka resides in Fort Collins, Colorado, but is subject to the jurisdiction of this Court through her ownership of an interest in the real property at issue in this case.  She is named as a defendant as she may claim an interest in the real property at issue herein.

6.      Bezates Land & Cattle Company ("BLCC") is an Idaho corporation, and owns parcels of real property located in Valley County, Idaho that are the subject of this case.  It is named as a defendant as it may claim an interest in the real property at issue herein.

7.      George Bezates is a resident of Beaver Creek, Oregon, but is subject to the jurisdiction of this Court through his partial ownership of an Idaho corporation (BLCC), and the

transaction of business within the state.  He is named as a defendant as he may claim an interest in the real property at issue herein.

8.      John Bezates is a resident of Ontario, Oregon, but is subject to the jurisdiction of this Court through his partial ownership of an Idaho corporation (BLCC), and the transaction of business within the state.  He is named as a defendant as he may claim an interest in the real property at issue herein.

9.      The Treasurer of Valley County, Idaho is named as a defendant as she may claim an interest in the real property at issue herein.

## THE REAL PROERTY

10.     Defendant BLCC was registered with the Secretary of State of Idaho on or about June 10, 1970.

11.     Upon information and belief, from the time of its incorporation until on or about May 24, 2005, the shares of BLCC were held equally (16 shares per person) by Bill G. Bezates, George Bezates, and John Bezates.

12.     BLCC owns and operates a 729-acre cattle ranch ("the ranch") in Valley County, Idaho.

13.     The fair market value of the ranch was appraised at $14.575 million in 2005.

14.     Bill G. Bezates (hereinafter "Decedent") died testate on May 24, 2005, in Ontario, Oregon.

15.     The Last Will and Testament of the Decedent (hereinafter "Will") was executed on May 7, 2005.  The Will of the Decedent nominated his daughters Kimberly Homolka and Carrie Bezates as Co-Personal Representatives.

16.     Upon information and belief, Kimberly Homolka and Carrie Bezates acted as Co-Personal Representatives in all matters that pertained to the Estate at all relevant times herein.

17.     On or about May 7, 2005, the Decedent created a revocable living trust known as the "Bill G. Bezates Revocable Trust" (hereinafter "Trust").  The Trust appointed Kimberly Homolka and Carrie Bezates to become the Co-Trustees of the Trust upon the Decedent's death. Upon information and belief, Kimberly Homolka and Carrie Bezates acted in all matters as the Co-Trustees for the Trust since the death of the Decedent up to the present time.

18.     Pursuant to the terms of the Trust, upon the death of the Decedent, the Co-Trustees were instructed to divide the existing Trust corpus into equal shares for each surviving child of the Decedent.

19.     Just prior to his death, the Decedent transferred to the Trust 16 shares of BLCC stock, valued at $2,454,400.00.  The 16 shares of stock constituted nearly all of the assets of the Decedent.

20.     On information and belief, Kimberly Homolka and Carrie Bezates, as Co-Personal Representatives and Co-Trustees, transferred to themselves one-half of the property of the Trust, constituting 8 shares of BLCC stock each.  On information and belief, Kimberly Homolka and Carrie Bezates each currently hold 8 shares of BLCC stock.

**FIRST CLAIM FOR RELIEF:  REDUCTION OF FEDERAL INCOME TAX ASSESSMENTS AGAINST CARRIE BEZATES TO JUDGMENT**

21.      The United States realleges and incorporates the allegations contained in paragraphs 1 through 20, inclusive, as if fully set forth herein.

22.     On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments for unpaid income federal income taxes,

interest, penalties and other statutory additions accruing thereto, against Carrie Bezates for the following periods:

| Tax Period Ending | Tax Type | Assessment Date | Assessed Amount[1] |
|---|---|---|---|
| 12/31/2007 | 1040 | 02/09/2009 | $101,790.00 (T) |
| | | | $10,349.23 (P1) |
| | | | $3,833.05 (P2) |
| | | | $3,764.53 (I) |
| | | 06/15/2009 | $1,533.22 (P2) |
| | | 06/09/2014 | $19,543.24 (I) |
| | | | $13,798.97 (P2) |
| | | 10/30/2017 | $16,168.79 (I) |
| 12/31/2009 | 1040 | 09/13/2010 | $4,984.00 (T) |
| | | | $417.96 (P1) |
| | | | $58.05 (P2) |
| | | | $45.71 (I) |
| | | 06/09/2014 | $383.57 (I) |
| | | | $522.45 (P2) |
| | | 10/30/2017 | $488.98 (I) |

23.     Since the dates of the assessments described in paragraph 22, above, interest has accrued as provided by law.  The total amount due and owing on the assessments described in paragraph 22, above, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions, less payments and credits, as of November 13, 2017, is $150,414.33.

24.     Despite timely notice and demand for payment of the assessments described in paragraph 22, above, defendant Carrie Bezates has neglected, failed, or refused to pay the assessed amount to the United States.

---

[1] Key: T – Tax Assessed; I – Interest; P1 – Late Filing Penalty, 26 U.S.C. § 6651(a)(1); P2 – Failure to Pay Tax Penalty, 26 U.S.C. § 6651(a)(2).

25. Carrie Bezates remains indebted for the balance of the assessments described in paragraph 22, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions according to law, less any payments or credits.

**SECOND CLAIM FOR RELIEF:  REDUCTION OF FEDERAL INCOME TAX ASSESSMENTS AGAINST CARRIE BEZATES AND DANIEL POSEY TO JUDGMENT**

26. The United States hereby realleges and incorporates the allegations contained in paragraphs 1 through 25, inclusive, as if fully set forth herein.

27. On the dates and in the amounts set forth below, a duly authorized delegate of the Secretary of the Treasury made timely assessments for unpaid income federal income taxes, interest, penalties and other statutory additions accruing thereto, against Carrie Bezates and Daniel Posey for the following periods:

| Tax Period Ending | Tax Type | Assessment Date | Assessed Amount[2] |
|---|---|---|---|
| 12/31/2010 | 1040 | 11/21/2011 | $24,037.00 (T) |
| | | | $348.55 (P2) |
| | | | $533.12 (I) |
| | | 06/09/2014 | $1,915.80 (I) |
| | | | $5,460.69 (P2) |
| | | 10/30/2017 | $3,929.09 (I) |
| 12/31/2011 | 1040 | 11/25/2013 | $6,709.00 (T) |
| | | | $1,345.72 (P1) |
| | | | $598.10 (P2) |
| | | | $341.93 (I) |
| | | 10/16/2017 | $1,178.94 (I) |
| | | | $897.15 (P2) |
| 12/31/2012 | 1040 | 12/09/2013 | $15,103.00 (T) |
| | | | $134.00 (P3) |
| | | | $584.12 (P2) |
| | | | $288.46 (I) |
| | | 10/16/2017 | $2,184.60 (I) |
| | | | $3,066.62 (P2) |
| 12/31/2013 | 1040 | 12/15/2014 | $14,930.00 (T) |
| | | | $203.00 (P3) |
| | | | $466.29 (P1) |
| | | | $408.48 (P2) |
| | | | $208.66 (I) |
| | | 10/16/2017 | $1,199.75 (I) |
| | | | $2,113.02 (P2) |
| 12/31/2014 | 1040 | 12/14/2015 | $19,655.00 (T) |
| | | | $227.00 (P3) |
| | | | $617.20 (P2) |
| | | | $311.26 (I) |

28.     Since the dates of the assessments described in paragraph 27, above, interest has accrued as provided by law.  The total amount due and owing on the assessments described in

---

[2] Key: T – Tax Assessed; I – Interest; P1 – Late Filing Penalty, 26 U.S.C. § 6651(a)(1); P2 – Failure to Pay Tax Penalty, 26 U.S.C. § 6651(a)(2); P3 – Failure to Pay Estimated Tax Penalty, 26 U.S.C. § 6654.

paragraph 27, above, plus statutory interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622, and other statutory additions, less payments and credits, as of November 13, 2017, is $100,699.83.

29.     Despite timely notice and demand for payment of the assessments described in paragraph 27, above, defendants Carrie Bezates and Daniel Posey have neglected, failed, or refused to pay the assessed amount to the United States.

30.     Carrie Bezates and Daniel Posey remain indebted for the balance of the assessments described in paragraph 27, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions according to law, less any payments or credits.

## THIRD CLAIM FOR RELIEF:  REDUCE EMPLOYEMENT TAX LIABILITIES TO JUDGEMENT AGAINST CARRIE BEZATES

31.     The United States hereby realleges and incorporates the allegations contained in paragraphs 1 through 30, inclusive, as if fully set forth herein.

32.     At all times relevant herein, Carrie Bezates was the owner of a single member limited liability company commonly known as P.B. Appliance LLC, an entity registered to do business in Washington state.

33.     P.B. Appliance LLC failed to pay over employment taxes (Form 941) for the five quarters beginning with the fourth quarter of 2009 and ending with the fourth quarter of 2010, inclusive.

34.     Carrie Bezates admitted during an interview with IRS personnel that she makes all the business decisions for the business, is responsible for making federal employment tax deposits, and that she knowingly made the decision not to timely pay the federal tax deposits for the quarters at issue and used those funds for other obligations of the business.

35.    During the periods set for below, Carrie Bezates was responsible for collecting, truthfully accounting for and paying over to the United States the withheld income, FICA and FUTA taxes from wages paid to employees of PB Appliance LLC.

36.    On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made assessments of a liability arising under IRC § 6672 against Carrie Bezates for her willful failure to collect, truthfully account for, and pay over the withheld income, FICA and FUTA taxes of PB Appliance LLC for the following tax periods:

| Period Ending | Date | Assessed Amount |
|---|---|---|
| 12/31/2009 | 04/11/2011 | $2,465.84 |
| 03/31/2010 | 04/11/2011 | $4,771.45 |
| 06/30/2010 | 04/11/2011 | $2,693.47 |
| 09/30/2010 | 04/11/2011 | $2,421.49 |
| 12/31/2010 | 12/19/2011 | $1,445.18 |

37.    Since the date of the assessments described in paragraph 36, above, interest has accrued as provided by law.  The total amount due and owing on the assessments described in paragraph 36, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions, less any payments and credits, as of October 30, 2017, was $16,618.65.

38.    Despite timely notice and demand for payment of the assessments described in paragraph 36, above, Carrie Bezates has neglected, failed or refused to pay the assessed amounts to the United States.

39.    Carrie Bezates remains indebted to the United States for the balance of the assessments described in paragraph 36, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions, less any payments and credits.

**FOURTH CLAIM FOR RELIEF: FORECLOSURE OF FEDERAL TAX LIEN AGAINST PROPERTY HELD BY CARRIE BEZATES**

40.     The United States re-alleges and incorporates the allegations in paragraphs 1 through 39, inclusive, as if fully set forth herein.

41.     Pursuant to 26 U.S.C. § § 6321 and 6322, liens arose in favor of the United States on the dates of assessments set for in paragraphs 22, 27 and 36, above, and attached to all property and rights to property of Carrie Bezates, including her interest in BLCC and any property it might hold.

42.     On April 14, 2011, a delegate of the Secretary of the Treasury recorded a Notice of Federal Tax Lien against Carrie Bezates for unpaid federal income taxes with the Valley County, Idaho, County Recorder's Office.

43.     On April 15, 2011, a delegate of the Secretary of the Treasury recorded a Notice of Federal Tax Lien against the Carrie Bezates for unpaid federal income taxes with the Office of the Idaho Secretary of State.

44.     To enforce its liens, under IRC § 7403(c) and 7404, the United States of America is entitled to a decree of sale on all assets to which the tax liens described above have attached, to include Carrie Bezates' interests in BLCC, and any property it may hold.

WHEREFORE the United States respectfully prays that the Court:

A.     Enter judgment in its favor and against Carrie Bezates for unpaid federal income taxes in the amount of $150,414.33 as of November 13,  2017, plus such additional interest and statutory additions as provided by law as have accrued;

B.     Enter judgment in its favor and against Carrie Bezates and Daniel Posey for unpaid federal income taxes in the amount of $100,699.43 as of November 13, 2017, plus such additional interest and statutory additions as provided by law as have accrued;

C.      Enter judgment in its favor and against Carrie Bezates for unpaid assessments pursuant to IRC § 6672 in the amount of $16,618.65 as of October 13, 2017, plus such additional interest and statutory additions as provided by law as have accrued;

D.      Enter judgment in favor of the United States that the federal tax liens arising from the federal tax liabilities described herein have attached to all property and rights to property, real or personal, held by Carrie Bezates, to include her interest in BLCC; order that those federal tax liens be foreclosed against the interest in BLCC held Carrie Bezates; and order that such property be sold pursuant to IRC § 7403 and 28 U.S.C. § 2001, and that the sales proceeds be distributed in accordance with the Court's findings; and

E.      Order that the United States be awarded its costs and such other relief as is just and proper.

DATED this 17th day of January, 2018.

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/Rick Watson*
RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683 Ben Franklin Station
Washington, D.C.  20044-0683
(202) 353-0300

*Of Counsel*
BART M. DAVIS
United States Attorney

*Attorneys for the United States*

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Rick Watson, Trial Attorney, Tax Division, United States Department of Justice, Box 683, Ben Franklin Station, Washington DC 20044

## DEFENDANTS

Carrie Bezates

County of Residence of First Listed Defendant   Valley
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
  Plaintiff

☐ 2   U.S. Government
  Defendant

☐ 3   Federal Question
  *(U.S. Government Not a Party)*

☐ 4   Diversity
  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                  *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | ☒ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
  Proceeding

☐ 2 Removed from
  State Court

☐ 3 Remanded from
  Appellate Court

☐ 4 Reinstated or
  Reopened

☐ 5 Transferred from
  Another District
  *(specify)*

☐ 6 Multidistrict
  Litigation -
  Transfer

☐ 8 Multidistrict
  Litigation -
  Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7401, 7402, 7403

Brief description of cause:
Reduce tax assessments to judgment and foreclose tax liens

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
267,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE   Candy W. Dale

DOCKET NUMBER  1:17-cv-0496-CWD

DATE  1/17/2018

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a)   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b)   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c)   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V.   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI.   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553  Brief Description: Unauthorized reception of cable service

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho  ▾

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. |
| Carrie Bezates, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Bezates Land & Cattle Company
Nick Bokides, Registered Agent
131 W. Main Street
Weiser, ID 83672

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho

| | |
|---|---|
| United States of America <br><br>_____ <br> *Plaintiff(s)* <br> v. <br> Carrie Bezates, et al. <br><br>_____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Carrie Bezates
5707 Hazel Loop
Auburn, WA 98092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho ▾

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Carrie Bezates, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   George Bezates
16085 S. Ivel Road
Beaver Creek, OR 97004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho   ▾

| | |
|---|---|
| United States of America <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> Carrie Bezates, et al. <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )      Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    John Bezates
4620 Plum Lane
Ontario, OR 97914

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho  [▼]

| | |
|---|---|
| United States of America | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Carrie Bezates, et al. | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Glenna K. Young
Valley County, Idaho Treasurer
219 N. Main Street
Cascade, ID 83611

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho  ▾

| | |
|---|---|
| United States of America<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Carrie Bezates, et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Daniel Posey
5707 Hazel Loop
Auburn, WA 98092

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Idaho  ☐ ▼

| | |
|---|---|
| United States of America ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |
| *Plaintiff(s)* ) | Civil Action No. |
| v. ) | |
| Carrie Bezates, et al. ) | |
| ) | |
| ) | |
| _____ ) | |
| *Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kimberly Homolka
2618 Walkaloosa Way
Fort Collins, CO 80525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Rick Watson
United States Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, DC 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: